```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED: 12/01/2020               │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**The Travelers Insurance Company,**

                              **Plaintiff,**

        **-against-**

**Consolidated Edison, Inc. et al.,**

                              **Defendants.**

**1:18-cv-06327 (SDA)**

**<u>ORDER</u>**

**Consolidated Edison, Inc. et al.,**

                        **Third Party Plaintiffs,**

        **-against-**

**The City of New York et al.,**

                        **Third Party Defendants.**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Given that the deadline for the parties to file any dispositive motions has passed (*see* Order, ECF No. 84) and none have been filed, the Court will hold a final pretrial conference on Tuesday, December 15, 2020 at 2:30 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:        New York, New York
             December 1, 2020

_____
STEWART D. AARON
United States Magistrate Judge